# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMAVELAN NATARAJAN,<br><br>Defendant. | PO-21-5228-GF-JTJ<br><br>VIOLATION:<br>9711971<br>Location Code: M13<br><br>ORDER |

Based upon the United States' unopposed motion to accept the defendant's payment of a $50 fine and $30 processing fee for violation 9711971 (for a total of $80), and for good cause shown, IT IS ORDERED that the $80 fine ($50 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 9711971. IT IS FURTHER ORDERED that the bench warrant issued on or about December 9, 2021 is QUASHED.

DATED this 20th day of January, 2022.

_____
John Johnston
United States Magistrate Judge